765 A.2d 722

IN THE MATTER OF KIMBERLY A. HINTZE,
AN ATTORNEY AT LAW.

January 22, 2001.

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–18(1) seeking the immediate temporary suspension of **KIMBERLY A. HINTZE** of **JERSEY CITY**, who was admitted to the bar of this State in 1991, for failure to comply with the Order of the Court filed July 12, 2000;

And the Court by Order filed December 8, 2000, having directed respondent to provide the Office of Attorney Ethics with the name of a proposed supervising attorney within thirty days of the filing date of the Court's Order, failing which respondent would be temporarily suspended from practice;

And the Office of Attorney Ethics having reported to the Court that respondent has not complied with the Court's Order;

And good cause appearing;

It is ORDERED that **KIMBERLY A. HINTZE** is temporarily suspended from the practice of law, effective immediately and until the further Order of the Court; and it is further

ORDERED that **KIMBERLY A. HINTZE** be restrained and enjoined from practicing law during the period of her suspension and that respondent comply with *Rule* 1:20–20 governing suspended attorneys.